IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  3:12cr5/LAC

MARY HOBBS BLAIR,
  a/k/a "Mary Hobbs,"
        Defendant.
_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendant, MARY HOBBS BLAIR, to the thirty-seven count indictment against her is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 28th day of February, 2012.

                                s/*L.A. Collier*
                                LACEY A. COLLIER
                                SENIOR UNITED STATES DISTRICT JUDGE