IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                        3:12cr5/LAC

THOMAS RABEAU,
        Defendant.
_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreements pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendants, THOMAS RABEAU, to the one count indictment against him is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 2nd day of March, 2012.

                                                  s/*L.A. Collier*
                                                  LACEY A. COLLIER
                                                  SENIOR UNITED STATES DISTRICT JUDGE